JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA SILVA,<br><br>  Plaintiff,<br><br>  vs.<br><br>OCWEN LOAN SERVICING, LLC and WESTERN PROGRESSIVE, LLC,<br><br>  Defendants. | Case No.: CV 11-71 DSF (DTBx)<br><br>JUDGMENT |

The Court having ordered that the case be dismissed after plaintiff failed to oppose defendants' motion to dismiss,

IT IS NOW ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 3/9/11

Dale S. Fischer
United States District Judge